JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

*11090145*
*6/28/10*
*# 25.87*

June 25, 2010

TEL: (716) 831-1994

U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501



FILED
JUN 28 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

Re: Randy L. Harrier, Sr.
Bk. No. 06-01897K

Dear Sir/Madam:

Enclosed herewith please find a Statement of Unclaimed Funds in regards to the Bankruptcy Estate of Randy L. Harrier

Please note that when the original check in this case became stale dated. The Trustee located a new address and re-issued the check to the creditor which was sent to the creditor with a copy of their proof of claim. To date, the same has not been returned to my office and has not been cashed. Therefore, I have stopped payment on this check since it is beyond the 90 day period and I am enclosing the Estate of Randy L. Harrier, Sr.'s check no. 10115 in the amount of $25.87 made payable to the U.S. Bankruptcy Court which represents the total due in this matter.

The following is the name and address for creditors and the amount they are entitled to receive from the Bankruptcy Estate of Randy L. Harrier, Sr.

Claim No. 1 - Verizon /RMCC          $25.87
               PO Box 6360
               Syracuse, NY 13217

If you have any questions or problems, please feel free to contact the undersigned. Thank you for your courtesy and cooperation in this matter.

Very truly yours,

JOHN H. RING, III

JHR/pls
Enc.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

HARRIER, RANDY L., SR.

             Debtor.

Chapter 7

Case No. 06-01897 MJK

**STATEMENT OF
UNCLAIMED DIVIDENDS**



| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 12 | Verizon/RMCC<br>P.O. Box 6360<br>Syracuse, NY 13217 | $495.36 | $25.87 |

**TOTAL UNCLAIMED DIVIDENDS:**      $ 25.87

Dated: June 25, 2010

JOHN H RING, III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY 14215
(716) 831-1994